```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 19-01901-RNO
Joshua R McKerrow                                                   Chapter 13
         Debtor                      CERTIFICATE OF NOTICE

District/off: 0314-4          User: MMchugh              Page 1 of 2              Date Rcvd: Sep 09, 2019
                              Form ID: ordsmiss          Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2019.
```
db             +Joshua R McKerrow,    65 Christmas Lane,    Troy, PA 16947-8488
5193859        +Elmira Wholesale Furniture,    200 East Church Street,    Elmira, NY 14901-2752
5193862        +Guthrie Fed Cr Un,    104 N Elmer Ave,    Sayre, PA 18840-2209
5193863         Guthrie Medical Group,    One Guthrie Sqare,    Sayre, PA 18840-1699
5202430         Penelec,   PO Box 3687,    Akron, OH 44309-3687
5203306        +Penelec,   101 Crawford's Corner Rd,    Bldg #1 Suite 1-511,    Holmdel, NJ 07733-1976
5193867        +Pressler and Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
5193870        +RR Resource Recovery,    P.O. Box 1540,    Corning, NY 14830-5240
5193868        +Resource Recovery,    Attn: Bankruptcy,    Po Box 1540,    Corning, NY 14830-5240
5193869        +Resource Recovery,    88 E Tioga Ave Ste 201,    Corning, NY 14830-2882
5193871        +Sequium Asset Solutions, LLC,    1130 Northchase Parkway,    Suite 150,    Marietta, GA 30067-6429
5196416        +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
5215105        +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh, NC 27605-1000
5193873        +Wells Fargo Dealer Services,    Po Box 10709,    Raleigh, NC 27605-0709
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +EDI: PRA.COM Sep 09 2019 22:58:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5193856        +EDI: CINGMIDLAND.COM Sep 09 2019 22:58:00      AT&T,   208 S Akard,    Dallas, TX 75202-4206
5215745        +EDI: CINGMIDLAND.COM Sep 09 2019 22:58:00      AT&T Mobility II LLC,    %AT&T SERVICES INC.,
                 KAREN A. CAVAGNARO  LEAD PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ. 07921-2693
5193855        +EDI: ACBK.COM Sep 09 2019 22:58:00      American Credit Acceptance,    961 E Main St,
                 Spartanburg, SC 29302-2185
5193854        +EDI: ACBK.COM Sep 09 2019 22:58:00      American Credit Acceptance,    Attn: Bankruptcy Dept,
                 961 E Main St,    Spartanburg, SC 29302-2185
5193858         E-mail/Text: bankruptcy@cavps.com Sep 09 2019 18:58:20      Cavalry Portfolio Services,
                 Po Box 27288,    Tempe, AZ 85285
5193857        +E-mail/Text: bankruptcy@cavps.com Sep 09 2019 18:58:20      Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
5210548        +E-mail/Text: bankruptcy@cavps.com Sep 09 2019 18:58:20      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5193861         E-mail/Text: eslbankruptcynotifications@esl.org Sep 09 2019 18:58:13
                 ESL Federal Credit Union,    100 Kings Highway,    Rochester, NY 14617
5193860         E-mail/Text: eslbankruptcynotifications@esl.org Sep 09 2019 18:58:13
                 ESL Federal Credit Union,    Attn: Bankruptcy Dept,    225 Chestnut St,    Rochester, NY 14604
5219728         E-mail/Text: camanagement@mtb.com Sep 09 2019 18:58:12      Lakeview Loan Servicing LLC,
                 c/o M&T Bank,    P.O. Box 840,    Buffalo, NY 14240-0840
5193864         E-mail/Text: camanagement@mtb.com Sep 09 2019 18:58:12      M & T Bank,    Attn: Bankruptcy,
                 1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221
5193866        +EDI: MID8.COM Sep 09 2019 22:58:00      Midland Funding,    2365 Northside Dr Ste 30,
                 San Diego, CA 92108-2709
5193865        +EDI: MID8.COM Sep 09 2019 22:58:00      Midland Funding,    2365 Northside Dr Ste 300,
                 San Diego, CA 92108-2709
5210780        +EDI: MID8.COM Sep 09 2019 22:58:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
5194158        +EDI: RMSC.COM Sep 09 2019 22:58:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
5217027         EDI: AIS.COM Sep 09 2019 22:58:00      Verizon,    by American InfoSource as agent,    PO Box 4457,
                 Houston, TX  77210-4457
5193872        +EDI: WFFC.COM Sep 09 2019 22:58:00      Wells Fargo Dealer Services,    Attn: Bankruptcy,
                 Po Box 19657,    Irvine, CA 92623-9657
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2019                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2019 at the address(es) listed below:

        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
        Gail Lee Hills    on behalf of Debtor 1 Joshua R McKerrow info@ghillslaw.com, gail.hills@ghillslaw.com;r59574@notify.bestcase.com
        James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov

        TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Joshua R McKerrow,       Chapter     13

    **Debtor 1**

Case No.     4:19−bk−01901−RNO

## Order

   **IT IS ORDERED** that the case is hereby dismissed as to Debtor 1 for failure to comply with Order dated May 8, 2019.

   **Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: September 9, 2019            By the Court,

*[Signature: Robt N. Opel II]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk

ordsmiss (05/18)