In re:  
Joshua R McKerrow  
    Debtor

Case No. 19-01901-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: MMchugh     Page 1 of 2     Date Rcvd: Sep 24, 2019  
                  Form ID: ntcnfhrg     Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2019.

```
db             +Joshua R McKerrow,    65 Christmas Lane,    Troy, PA 16947-8488
5193859        +Elmira Wholesale Furniture,    200 East Church Street,    Elmira, NY 14901-2752
5193862        +Guthrie Fed Cr Un,    104 N Elmer Ave,    Sayre, PA 18840-2209
5193863         Guthrie Medical Group,    One Guthrie Sqare,    Sayre, PA 18840-1699
5203306        +Penelec,    101 Crawford's Corner Rd,    Bldg #1 Suite 1-511,    Holmdel, NJ 07733-1976
5202430         Penelec,    PO Box 3687,    Akron, OH 44309-3687
5193867        +Pressler and Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
5193870        +RR Resource Recovery,    P.O. Box 1540,    Corning, NY 14830-5240
5193868        +Resource Recovery,    Attn: Bankruptcy,    Po Box 1540,    Corning, NY 14830-5240
5193869        +Resource Recovery,    88 E Tioga Ave Ste 201,    Corning, NY 14830-2882
5193871        +Sequium Asset Solutions, LLC,    1130 Northchase Parkway,    Suite 150,    Marietta, GA 30067-6429
5196416        +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
5215105        +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh, NC 27605-1000
5193873        +Wells Fargo Dealer Services,    Po Box 10709,    Raleigh, NC 27605-0709
5193872        +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 24 2019 19:09:07
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5193856        +E-mail/Text: g20956@att.com Sep 24 2019 19:06:06     AT&T,    208 S Akard,
                 Dallas, TX 75202-4206
5215745        +E-mail/Text: g20956@att.com Sep 24 2019 19:06:07     AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO  LEAD PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
5193855        +E-mail/Text: bankruptcy@acacceptance.com Sep 24 2019 19:06:00     American Credit Acceptance,
                 961 E Main St,    Spartanburg, SC 29302-2185
5193854        +E-mail/Text: bankruptcy@acacceptance.com Sep 24 2019 19:06:00     American Credit Acceptance,
                 Attn: Bankruptcy Dept,    961 E Main St,    Spartanburg, SC 29302-2185
5193858         E-mail/Text: bankruptcy@cavps.com Sep 24 2019 19:06:04     Cavalry Portfolio Services,
                 Po Box 27288,    Tempe, AZ 85285
5193857        +E-mail/Text: bankruptcy@cavps.com Sep 24 2019 19:06:04     Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
5210548        +E-mail/Text: bankruptcy@cavps.com Sep 24 2019 19:06:04     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5193861         E-mail/Text: eslbankruptcynotifications@esl.org Sep 24 2019 19:05:57
                 ESL Federal Credit Union,    100 Kings Highway,    Rochester, NY 14617
5193860         E-mail/Text: eslbankruptcynotifications@esl.org Sep 24 2019 19:05:57
                 ESL Federal Credit Union,    Attn: Bankruptcy Dept,    225 Chestnut St,    Rochester, NY 14604
5219728         E-mail/Text: camanagement@mtb.com Sep 24 2019 19:05:57     Lakeview Loan Servicing LLC,
                 c/o M&T Bank,    P.O. Box 840,    Buffalo, NY 14240-0840
5193864         E-mail/Text: camanagement@mtb.com Sep 24 2019 19:05:57     M & T Bank,    Attn: Bankruptcy,
                 1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221
5193866        +E-mail/Text: bankruptcydpt@mcmcg.com Sep 24 2019 19:06:00     Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
5193865        +E-mail/Text: bankruptcydpt@mcmcg.com Sep 24 2019 19:06:00     Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
5210780        +E-mail/Text: bankruptcydpt@mcmcg.com Sep 24 2019 19:06:00     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
5194158        +E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2019 19:08:51     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5217027         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 24 2019 19:09:08     Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX 77210-4457
                                                                                              TOTAL: 17
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2019                                      Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2019 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Gail Lee Hills    on behalf of Debtor 1 Joshua R McKerrow info@ghillslaw.com,
           gail.hills@ghillslaw.com;r59574@notify.bestcase.com
          James   Warmbrodt    on behalf of Creditor   Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Joshua R McKerrow, | Chapter 13 |
| **Debtor 1** | Case No. 4:19−bk−01901−RNO |

## Notice

The confirmation hearing has been rescheduled for Debtor 1 on the date indicated below.

A deadline of **December 6, 2019** has been set for objections to confirmation of the Amended Plan. Any objections to confirmation of the Amended Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court US Courthouse, Courtroom #3, 3rd Floor, 240 West 3rd Street, Williamsport, PA 17701 | Date: December 13, 2019 Time: 10:00 AM |
|---|---|

A copy of the Amended Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court 197 S Main St, Wilkes−Barre, PA 18701 OR 228 Walnut St,Rm320,Harrisburg, PA 17101 570−831−2500/717−901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: MMchugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 24, 2019 |

ntcnfhrg (03/18)