United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Joshua R McKerrow  
    Debtor

Case No. 19-01901-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 3  
Date Rcvd: Feb 01, 2021      Form ID: ordsmiss      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joshua R McKerrow, 65 Christmas Lane, Troy, PA 16947-8488 |
| 5193859 | + | Elmira Wholesale Furniture, 200 East Church Street, Elmira, NY 14901-2752 |
| 5193862 | + | Guthrie Fed Cr Un, 104 N Elmer Ave, Sayre, PA 18840-2209 |
| 5193863 | | Guthrie Medical Group, One Guthrie Sqare, Sayre, PA 18840-1699 |
| 5203306 | + | Penelec, 101 Crawford's Corner Rd, Bldg #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5202430 | | Penelec, PO Box 3687, Akron, OH 44309-3687 |
| 5193867 | + | Pressler and Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 5193870 | + | RR Resource Recovery, P.O. Box 1540, Corning, NY 14830-5240 |
| 5193869 | + | Resource Recovery, 88 E Tioga Ave Ste 201, Corning, NY 14830-2882 |
| 5193868 | + | Resource Recovery, Attn: Bankruptcy, Po Box 1540, Corning, NY 14830-5240 |
| 5193871 | + | Sequium Asset Solutions, LLC, 1130 Northchase Parkway, Suite 150, Marietta, GA 30067-6429 |
| 5215105 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 5193873 | + | Wells Fargo Dealer Services, Po Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Feb 02 2021 00:03:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5193856 | + | EDI: CINGMIDLAND.COM | Feb 02 2021 00:03:00 | AT&T, 208 S Akard, Dallas, TX 75202-4206 |
| 5215745 | + | EDI: CINGMIDLAND.COM | Feb 02 2021 00:03:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO LEAD PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 5193854 | + | EDI: ACBK.COM | Feb 02 2021 00:03:00 | American Credit Acceptance, Attn: Bankruptcy Dept, 961 E Main St, Spartanburg, SC 29302-2185 |
| 5193855 | + | EDI: ACBK.COM | Feb 02 2021 00:03:00 | American Credit Acceptance, 961 E Main St, Spartanburg, SC 29302-2185 |
| 5193858 | | Email/Text: bankruptcy@cavps.com | Feb 01 2021 19:08:00 | Cavalry Portfolio Services, Po Box 27288, Tempe, AZ 85285 |
| 5193857 | + | Email/Text: bankruptcy@cavps.com | Feb 01 2021 19:08:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2322 |
| 5210548 | + | Email/Text: bankruptcy@cavps.com | Feb 01 2021 19:08:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5193861 | | Email/Text: eslbankruptcynotifications@esl.org | Feb 01 2021 19:08:00 | ESL Federal Credit Union, 100 Kings Highway, Rochester, NY 14617 |
| 5193860 | | Email/Text: eslbankruptcynotifications@esl.org | Feb 01 2021 19:08:00 | ESL Federal Credit Union, Attn: Bankruptcy Dept, 225 Chestnut St, Rochester, NY 14604 |
| 5219728 | | Email/Text: camanagement@mtb.com | Feb 01 2021 19:08:00 | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |

| | | | | |
|---|---|---|---|---|
| 5193864 | | Email/Text: camanagement@mtb.com | Feb 01 2021 19:08:00 | M & T Bank, Attn: Bankruptcy, 1100 Wehrle Dr 2nd Floor, Williamsville, NY 14221 |
| 5193865 | + | EDI: MID8.COM | Feb 02 2021 00:03:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 5193866 | + | EDI: MID8.COM | Feb 02 2021 00:03:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 5210780 | + | EDI: MID8.COM | Feb 02 2021 00:03:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5194158 | + | EDI: RMSC.COM | Feb 02 2021 00:03:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5196416 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 01 2021 19:10:45 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 5217027 | | EDI: AIS.COM | Feb 02 2021 00:03:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5193872 | + | EDI: WFFC.COM | Feb 02 2021 00:03:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 03, 2021      Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Gail Lee Hills | on behalf of Debtor 1 Joshua R McKerrow gail.hills@ghillslaw.com  gail.hills@ghillslaw.com;r59574@notify.bestcase.com |
| James Warmbrodt | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor Lakeview Loan Servicing LLC pamb@fedphe.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Joshua R McKerrow,<br>**Debtor 1** | Chapter 13<br><br>Case No. 4:19−bk−01901−RNO |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: February 1, 2021

By the Court,

*Robt N. Opel II* (signature)

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

ordsmiss (05/18)